UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0089--CV (RRB)
"JON ARNOLD WOODARD V JOHN (CRAIG) TURNBULL"

Including terminated parties, excluding terminated counsel

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
    Referral Rule: 4(4)
            Filed: 04/27/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

   Nature of Suit: (530) Habeas Corpus: General
                   28:2254
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $5.00 on 04/27/05 receipt # 00125580
         Trial by:
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | WOODARD, JON ARNOLD | Hugh W. Fleischer<br>310 K Street, Suite 200<br>Anchorage, AK 99501<br>907-264-6635<br>FAX 907-264-6602 |
| DEF 1.1 | TURNBULL, JOHN (CRAIG) | William H. Hawley Jr<br>Attorney General's Office<br>310 K Street, Suite 308<br>Anchorage, AK 99501<br>907-269-6250<br>FAX 907-269-6270 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0089--CV (RRB)
"JON ARNOLD WOODARD V JOHN (CRAIG) TURNBULL"

For all filing dates
```

Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
        Referral Rule: 4(4)
               Filed: 04/27/05
              Closed: NO

         Jurisdiction: (3) Federal Question (US Govt not a Party)
         PLF Diversity:
         DEF Diversity:

        Nature of Suit: (530) Habeas Corpus: General
                        28:2254
               Origin: (1) Original Proceeding
               Demand:
           Filing fee: Paid $5.00 on 04/27/05 receipt # 00125580
             Trial by:

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 04/27/05 | PLF 1 Petition for Writ of H/C per 28:2254 w/att exhs. |
| 2 - 1 | 05/11/05 | RRB Order directing service and response; the clerk is directed to serve Douglas Kossler with a copy of the petition and this order.  Petitioner to file a request for court-appointed counsel or a notice of intent to proceed w/out counsel by 6/8/05.  Respondent has until 7/8/05 to file an answer or resposne. The clerk shall sent form USDCA 40, CJA 23 adn a notice of intent to proceed w/out cnsl to Petitioner.  Parties may request an evidentiary hrg w/i 30 days after respondent files an ans. Petitioner shall follow LR10.1 (b).  The case is referred to MJ Roberts under LMR 4(4).  The clerk to send pet a pro se handbook.  cc: J. Arnold w/forms USDCA 40, CJA 23, notice of intent to proceed w/out cnsl & pro se hand book, D. Kossler w/cy petition, PSLC, MJ Roberts |
| 3 - 1 | 05/18/05 | DEF 1 Attorney Appearance of W.J. Hawley (AAG-308). |
| 4 - 1 | 06/08/05 | PLF 1 motion for appointment of counsel. |
| 5 - 1 | 06/17/05 | JDR Minute Order granting motion for appointment of counsel (4-1); FPD to designate cnsl; cnsl to confer w/petitioner; amended petition/notice of none due 7/20/05; answer due 8/22/05. cc: cnsl, FPD CJA Clerk |
| 6 - 1 | 06/20/05 | CJA appointment of H. Fleischer for plf. |
| 7 - 1 | 07/08/05 | DEF 1 motion for extension of time until 10/20/05 to file an amended § 2254 petition. |
| 8 - 1 | 07/12/05 | JDR Order granting motion for extension of time until 10/20/05 to file an amended § 2254 petition, respondents answer due 11/21/05 (7-1). cc: cnsl |
| 9 - 1 | 07/18/05 | {SEALED} |
| 9 - 2 | 07/20/05 | {SEALED} |
| 10 - 1 | 09/27/05 | DEF 1 Unopposed motion for extension of time until 1/20/06 to file an amend § 2254 petition. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0089--CV (RRB)
"JON ARNOLD WOODARD V JOHN (CRAIG) TURNBULL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 11 - 1 | 09/28/05 | JDR Order granting unopposed motion for extension of time until 1/20/06 to file an amended petition & until 2/20/06 for def to file an answer (10-1). cc: cnsl |
| 12 - 1 | 10/13/05 | {SEALED} |
| 13 - 1 | 10/13/05 | {SEALED} |
| 14 - 1 | 10/18/05 | {SEALED} |
| 15 - 1 | 10/18/05 | {SEALED} |
| 16 - 1 | 10/20/05 | {SEALED} |
| 17 - 1 | 11/18/05 | {SEALED} |