RECEIVED
JAN 1 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

LAW OFFICE OF HUGH W. FLEISCHER
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635   FAX (907) 264-6602
E-Mail: hfleisch@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, | CASE NO: A05-0089 CIV (RRB) |
| Plaintiff, | **EXPEDITED and UNOPPOSED MOTION and MEMORANDUM FOR EXTENSION FOR TIME TO FILE AN AMENDED § 2254 PETITION** |
| v. | |
| JOHN (CRAIG) TURNBULL | |
| Defendant. | |

Defendant, Jon A. Woodard, through his undersigned counsel, Hugh W. Fleischer, hereby moves for an extension of the time within which to file an amended § 2254 Petition from January 20 2006 for a period of seventy days to on or about March 30, 2006.

This motion is based on the fact that the undersigned, on January 11, 2006 received the e-transcript of the omnibus hearing through the sentencing, consisting of approximately 45 transcripts. The e-transcript assists greatly in assessing the evidence.  The undersigned traveled to Seward to review the matter with petitioner Jon Woodard on Thursday, January 12, 2006.  As a result of such visit, counsel has spent hours reviewing video tapes of newscasts and interviewing a number of additional potential affiants.  Therefore, Mr. Woodard requires more time to prepare the amended petition herein.

William H. Hawley, Jr., Assistant Attorney General, State of Alaska, has permitted the undersigned to advise this Court that the State of Alaska does not oppose this motion, however Mr. Hawley's schedule is such that he will not be able to address this matter until April, 2006. As a result, this request is for the penultimate day of March, 2006.

Dated this 18th day of January, 2006.

LAW OFFICES OF HUGH W. FLEISCHER

By: _____
Hugh W. Fleischer
Attorney for Mr. Woodard

CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of January, 2006, I Hand Delivered a true copy of JON WOODARD'S foregoing motion & memorandum to:

William H. Hawley, Jr.
Assistant Attorney General
Office of Special Prosecutions and Appeals
310 K. St., Suite 308
Anchorage, AK 99501

_Carole Miller_

9114.1/542