RECEIVED
JAN 18 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SCANNED

LAW OFFICE OF HUGH W. FLEISCHER
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635   FAX (907) 264-6602
E-Mail: hfleisch@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN (CRAIG) TURNBULL,<br><br>    Defendant. | CASE NO: A05-0089 CV (RRB) |

**ORDER**

Based on the foregoing unopposed motion,

IT IS ORDERED that the amended § 2254 petition be filed on or before March ___, 2006.

DATED this _____ day of January, 2006.

_____
John D. Roberts
United States Magistrate Judge