## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

JON ARNOLD WOODARD v. JOHN TURNBULL

Case No. *3-05-cv-00089-TMB-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**

Jo Ann Mingo, Judicial Assistant Magistrate Judge's Office

---

### MINUTE ORDER FROM CHAMBERS

**Motion For Extension of Time to File Amended § 2254 Petition, Docket No. 22**

Upon due consideration Plaintiff's motion for extension of time to file an amended § 2254 petition is hereby GRANTED. Amended petition shall be due on or before April 2, 2006; respondent's answer shall be due May 1, 2006. Reply, if any, shall be due May 22, 2006.

Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge
**January 19, 2006**

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2005\2005 CV\3-05-cv-00089-TMB-JDR Woodard @22 Motion Granted.wpd