IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD,    )<br>                            )<br>    Plaintiff,    )<br>                            )<br>                            )<br>                            )<br>JOHN (CRAIG) TURNBULL    )<br>                            )<br>    Defendant.    )<br>_____) | CASE NO: A05-0089 CIV (RRB)<br>**EXPEDITED and UNOPPOSED**<br>**MOTION and MEMORANDUM FOR**<br>**EXTENSION FOR TIME TO FILE**<br>**AN AMENDED § 2254 PETITION** |

Defendant, Jon A. Woodard, through his undersigned counsel, Hugh W. Fleischer, hereby moves for an extension of the time within which to file an amended § 2254 Petition from April 3, 2006 for a period of forty days to on or about May 15, 2006.

This motion is based on the fact that the undersigned, on March 21, 2006 received a number of boxes of additional material regarding the Woodard case from his family. The undersigned has been in a federal administrative trial for the past week, a long planned CLE out of State over last weekend and until early this week and has other immediate deadlines. Therefore, Mr. Woodard requires the requested time to prepare the amended petition herein.

William H. Hawley, Jr., Assistant Attorney General, State of Alaska, has permitted the undersigned to advise this Court that the State of Alaska's representative, Mr. Turnbull,

does not oppose this motion.

Dated this 30th day of March, 2006.

LAW OFFICES OF HUGH W. FLEISCHER

By:_____
   Hugh W. Fleischer
   Attorney for Mr. Woodard

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of
March, 2006, I Hand Delivered a true copy of
JON WOODARD'S foregoing motion & memorandum to:

William H. Hawley, Jr.
Assistant Attorney General
Office of Special Prosecutions and Appeals
310 K. St., Suite 308
Anchorage, AK 99501

_____

9114.1/543

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, ) | |
| ) | CASE NO: A05-0089 CR (RRB) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN (CRAIG) TURNBULL, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**<u>ORDER</u>**

Based on the foregoing unopposed motion,

IT IS ORDERED that the amended § 2254 petition be filed on or before May ___, 2006.

DATED this _____ day of March, 2006.

_____
John D. Roberts
United States Magistrate Judge