lights, keeping them focused on Woodard, the light reflected off his waist chains and wrist chains, as the jurors made their exit. It took a long time to exit the dimly lit stairwell from the 4th floor of the building, I heard numerous comments; "...this is getting someone's attention." I was unable to identify who was making the comments. On one power failure incident I remember that the jury was excused for the remainder of day and given a long break.

_____
Marjorie H. Shorthill

SUBSCRIBED AND SWORN to before me this 11th day of May, 2006.



NOTARY PUBLIC in and for Alaska.
My Commission Expires: 9/20/08

LAW OFFICE OF HUGH W. FLEISCHER
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635    FAX (907) 264-6602
E-Mail: hfleisch@aol.com

9114.1/AFF-MHS

6