IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD,        )<br>                             )<br>     Plaintiff,            )<br>                             )<br>                             )<br>                             )<br>                             )<br>JOHN (CRAIG) TURNBULL        )<br>                             )<br>     Defendant.             )<br>_____) | CASE NO: A05-0089 CIV (RRB)<br><br>**NOTICE OF CONVENTIONAL FILING** |

    Defendant, Jon A. Woodard, through his undersigned counsel, Hugh W. Fleischer, hereby gives notice of conventional filing of three (3) compact discs, which cover the omnibus hearing, the trial and sentencing of Petitioner in the State of Alaska Superior Court proceedings. Such proceedings are referenced in the petitioner's Amended Petition.

    Dated this 23rd day of May, 2006.

                                  LAW OFFICES OF HUGH W. FLEISCHER

                                  By: _S/Hugh W. Fleischer_
                                      Hugh W. Fleischer
                                      Attorney for Mr. Woodard
                                      310 K. St., Suite 200
                                      Anchorage, AK 99501
                                      (907) 264-6635
                                      (907) 264-6602-Fax
                                      hfleisch@aol.com

CERTIFICATE OF SERVICE

   I hereby certify that on the 23rd day of
   May, 2006, a Electronic Delivery a true copy of
   JON WOODARD'S foregoing notice to:

  William H. Hawley, Jr.
  Assistant Attorney General
  Office of Special Prosecutions and Appeals
  310 K. St., Suite 308
  Anchorage, AK 99501


S/Hugh W. Fleischer

     9114.1/545

Dummy Page
Local Rule 5.3 (g)(2)[A](ii)

Ex. A(1)(2)(3)

Three respective compact discs
Which are described as follows:

CD I
Vols. 1-5-Omnibus Hearing
Vols. 6-8-Pre-Triial Motions Hearing
Vols. 9-14-Jury Selection
Vols. 15-21, 22, 24-27, 29-30-Trial

    CD II

Vols. 21, 23 and 28-Trial
Vols. 31-40-Trial through 05/03/1993

    CD III
Trial through Sentencing