W.H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: William_Hawley@law.state.ak.us

Attorney for Respondent John Turnbull

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>JOHN CRAIG TURNBULL, )<br>)<br>Respondent. )<br>_____ ) | Case No. A05-0089 CV (TMB-JDR)<br><br>UNOPPOSED MOTION TO EXTEND TIME FOR FILING RESPONSE TO APPLICATION FOR HABEAS CORPUS |

Respondent asks this court to extend the deadline for responding to Woodard's application for habeas corpus for 75 days – from today, June 15, 2006, until August 29, 2006.

Respondent is filing this unopposed motion on shortened time because the opposition is due today. A ruling is requested as soon as possible.

This motion is supported by the accompanying affidavit of counsel.

DATED June 15, 2006 , at Anchorage, Alaska.

    DAVID W. MÁRQUEZ
    ATTORNEY GENERAL

    s/ W. H. Hawley
       Assistant Attorney General
       State of Alaska, Dept. of Law
       Office of Special Prosecutions
          and Appeals
       310 K St., Suite 308
       Anchorage, Alaska 99501
       Telephone: (907) 269-6250
       Facsimile: (907) 269-6270
       e-mail: Mick_Hawley@law.state.ak.us
       Alaska Bar. No. 6702008

**Certificate of Service**

I certify that on June 15, 2006, a copy of the foregoing Entry of Appearance was served electronically on Hugh Fleisher.

    s/ W.H. Hawley