W.H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Mick_Hawley@law.state.ak.us

Attorney for Respondent John Turnbull

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD,        )<br>                            )<br>        Petitioner,           )<br>                            )<br>    vs.                     )<br>                            )<br> JOHN CRAIG TURNBULL,       )<br>                            )<br>        Respondent.         )<br> _____) | Case No. A05-0089 CV (TMB-JDR)<br>**PROPOSED**<br><u>ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR FILING RESPONSE TO APPLICATION FOR HABEAS CORPUS</u> |

The Respondent's motion to extend time for filing of its response to Woodard's application for habeas relief until August 29, 2006, is granted/denied.

_____
Magistrate Judge John D. Roberts