W.H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Mick_Hawley@law.state.ak.us

Attorney for Respondent John Turnbull

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. A05-0089 CV (TMB-JDR) |
| ) | |
| JOHN CRAIG TURNBULL, ) | <u>AFFIDAVIT SUPPORTING</u> |
| ) | <u>UNOPPOSED MOTION TO</u> |
| Respondent. ) | <u>EXTEND TIME FOR</u> |
| ) | <u>FILING RESPONSE TO</u> |
| | <u>APPLICATION FOR HABEAS</u> |
| | <u>CORPUS</u> |

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT)

       W. H. Hawley, being first duly sworn, deposes and states:

       1.    I represent the respondent.

2. The state's response to Woodard's petition for habeas corpus is due today.

3. I am unable to file the response today. I am now writing the state's merit brief in *Cabral v. State*, A-9441, due next Thursday if a pending motion for extension is granted.

4. I have a response to a petition for hearing in Walsh v. State, A-12325, in which the due date has been extended until June 29.

5. I have merit briefs due in the Alaska Court of Appeals in *Hodges v. State*, A-9507, *Dow v. State*, A-9212, *Edwards v. State*, A-9018. Hodges has received a routine 30-day extension of time, while Dow and Edwards have received extensions of more than 30 days. The appellant's brief in Edwards is 100 pages long. I believe I should complete the foregoing briefs before I begin working on this case.

6. I have two oral arguments scheduled the last week of this month in the Alaska Court of Appeals.

7. The transcript of the pretrial proceedings, trial, and sentencing in the case at bar consists of 51 volumes; the Alaska Superior Court record is very lengthy; and Woodard has raised a relatively large number if issues.

8. If I am not assigned emergency matters or substantial other work, I will begin working on this case in mid-August.

9. I believe August 29, 2006 is the earliest date I will be able to complete the state's response.

10. Opposing counsel does not oppose this motion.

Further your affiant sayeth naught.

_____

SUBSCRIBED AND SWORN to before me this 15th day of June, 2006, at Anchorage, Alaska.



Vivien M. Noll
Notary Public in and for Alaska