W.H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: William_Hawley@law.state.ak.us

Attorney for Respondent John Turnbull

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, ) | |
| ) | |
| Petitioner, ) | |
| ) | Case No. 3:05-cv-0089-TMB-JDR |
| vs. ) | |
| ) | UNOPPOSED MOTION TO |
| JOHN CRAIG TURNBULL, ) | EXTEND TIME FOR |
| ) | FILING RESPONSE TO |
| Respondent. ) | APPLICATION FOR HABEAS |
| ) | CORPUS |

Respondent asks this court to extend the deadline for responding to Woodard's application for habeas corpus for 67 days – from today, August 29, 2006, until November 1, , 2006.

Respondent is filing this unopposed motion on shortened time because the opposition is due today. A ruling is requested as soon as possible.

This motion is supported by the accompanying affidavit of counsel.

DATED August 29, 2006 , at Anchorage, Alaska.

>DAVID W. MÁRQUEZ
>ATTORNEY GENERAL
>
>s/ W. H. Hawley
>   Assistant Attorney General
>   State of Alaska, Dept. of Law
>   Office of Special Prosecutions
>      and Appeals
>   310 K St., Suite 308
>   Anchorage, Alaska 99501
>   Telephone: (907) 269-6250
>   Facsimile: (907) 269-6270
>   e-mail: William_Hawley@law.state.ak.us
>   Alaska Bar. No. 6702008

**Certificate of Service**

I certify that on August 29, 2006, a copy of the foregoing Unopposed Motion for Extension to Extend Time for Filing Response to Application for Habeas Corpus and the attached Proposed Order and Affidavit was served electronically on Hugh Fleisher.

s/ W.H. Hawley