IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD,         ) | |
| ) | |
| Petitioner,   ) | |
| ) | Case No. A05-0089 CV (TMB-JDR) |
| vs.     ) | **Proposed** |
| ) | ORDER GRANTING UNOPPOSED |
| JOHN CRAIG TURNBULL,   ) | MOTION TO EXTEND TIME FOR |
| ) | FILING RESPONSE TO |
| Respondent.    ) | APPLICATION FOR HABEAS |
| ) | CORPUS |

The Respondent's motion to extend time for filing its response to Woodard's application for habeas relief until November 1, 2006, is granted/denied.

_____
John D. Roberts, Magistrate-Judge