## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

JON ARNOLD WOODWARD v. JOHN TURNBULL

Case No. *3-05-cv-00089-TMB-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

---

### MINUTE ORDER FROM CHAMBERS

### RE: Motion for Extension of Time
### (Docket No. 43)

Respondent moves the court on shortened time to extend the deadline for responding to petitioner's application for habeas corpus. Docket No. 43. Respondent's request for shortened time consideration is GRANTED. Respondent's request for extension of time to respond to the habeas petition is likewise GRANTED. Respondent's response shall state whether respondent disputes any claim that petitioner has exhausted his available State remedies as to the allegations contained in the petition. **If exhaustion is contested**, respondent shall present a **separate** Motion to Dismiss with memorandum of points and authority supporting such position.

If exhaustion **is not contested**, respondent shall respond to the merits of the petition as advised. Where appropriate, respondent shall file with the court: (a) duly certified copies of all pertinent findings and orders of Alaska State Court proceedings or decisions which have challenged the legality of petitioner's confinement, and (b) the transcript of such proceedings where necessary to fully reflect fully the issues passed upon and the nature and extent of the hearing afforded the petitioner, and (c) Alaska Court of Appeals or Alaska Supreme Court decisions, and citations to published opinions, passing upon the same. Respondent's response shall be due on or before November 1, 2006.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

August 29, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CV\3-05-cv-00089-TMB-JDR WOODARD @43 MO Re Extending Deadline.wpd

ORDER @43 Granting Motion to Extend Response Deadlines
3-05-cv-00089-TMB-JDR        Entered at direction of Judge John D. Roberts        08/29/2006; Page 1 of 1