IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD,<br><br>Petitioner,<br><br>vs.<br><br>JOHN CRAIG TURNBULL,<br><br>Respondent. | Case No. 3:05-cv-00089-TMB-JDR<br><br>**PROPOSED**<br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR FILING RESPONSE TO APPLICATION FOR HABEAS CORPUS |

The Respondent's motion to extend time for filing of its response to Woodard's application for habeas relief until December 4, 2006, is GRANTED.

It is hereby ORDERED respondent's answer is now due December 4, 2006

DATED _____, at Anchorage, Alaska

_____
Magistrate Judge John D. Roberts