## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

JON ARNOLD WOODWARD v. JOHN CRAIG TURNBULL

Case No. *3-05-cv-00089-TMB-JDR*

### THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

---

## MINUTE ORDER FROM CHAMBERS

## RE:  Motion to Extend Time for Filing Response to Amended Habeas Petition
## (Docket No. 46)

The Respondent's motion to extend time for filing of its response to Woodard's application for habeas relief until December 4, 2006, is GRANTED.

It is hereby ORDERED respondent's answer is now due December 4, 2006. Respondent's response shall state whether respondent disputes any claim that petitioner has exhausted his available State remedies as to the allegations contained in the petition. **If exhaustion is contested**, respondent shall present a memorandum of points and authority supporting such position. **If exhaustion is not contested**, respondent shall respond to the merits of the petition as advised. Where appropriate, respondent shall file with the court:  (a) duly certified copies of all pertinent findings and orders of Alaska State Court proceedings or decisions which have challenged the legality of petitioner's confinement, and (b) the transcript of such proceedings where necessary to fully reflect fully the issues passed upon and the nature and extent of the hearing afforded the petitioner, and (c) Alaska Court of Appeals or Alaska Supreme Court decisions, and citations to published opinions, passing upon the same.

**After the exhaustion of remedies issue has been determined the court will set a schedule for parties to submit briefs addressing the merits of each ground for relief asserted in the petition.**

### Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge
November 1, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CV\3-05-cv-00089-TMB-JDR WOODARD 2254 @46 Mtn to Extend Time to Respond.wpd