Table of Contents

Amended Judgment
(March 16, 2000)……………………………………………………..Exhibit 1

Indictment
(July 17, 1992)………………………………………………………..Exhibit 2

Appellant's Opening Brief
(June 9, 1995)…………………………………………………………Exhibit 3

Appellant's Reply Brief
(November 17, 1995)…………………………………………………Exhibit 4

Memorandum Opinion and Judgment
(December 9, 1998)…………………………………………………..Exhibit 5

Petition for Hearing
(February 23, 1999)…………………………………………………...Exhibit 6

Order
(August 17, 1999)……………………………………………………..Exhibit 7

Application for Post-Conviction Relief
(April 26, 2000)………………………………………………………..Exhibit 8

Finding of Fact, Conclusions of Law & Order
(February 1, 2002)……………………………………………………Exhibit 9

Appellant's Opening Brief
(October 21, 2003)……………………………………………………Exhibit 10

Appellant's Reply Brief
(May 21, 2004)………………………………………………………..Exhibit 11

Memorandum Opinion and Judgment
(September 29, 2004)………………………………………………..Exhibit 12

Petition for Hearing
(October 12, 2004)……………………………………………………Exhibit 13

Order
(December 29, 2004)…………………………………………………Exhibit 14

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

AT ANCHORAGE

Filed in the Trial Courts
State of Alaska Third District

MAR 14 2000

Clerk of the Trial Courts

By _____ Deputy

STATE OF ALASKA )
  Plaintiff, )
vs. )
JON ARNOLD WOODARD )
  Defendant. )
DOB: 02/19/65 )
ID No. 5647880  ATN 100 151 307 )

CASE NO. 3AN-S92-5238 CR
**AMENDED**
JUDGMENT AND ORDER OF
COMMITMENT/PROBATION

Defendant has been found <u>guilty</u> by jury trial.

| Count | Date of Offense | Offense | Statute Violated | DV Offense Per AS 18.66.990(3)&(5) (Yes or No) |
|---|---|---|---|---|
| II | 06/08/92 | Murder in the Second Degree | AS 11.41.110(a)(3) | |
| III | 06/08/92 | Robbery in the First Degree | AS 11.41.500(a)(1) AS 11.16.110(2)(B) | |

and the following charges were dismissed:

| Count | Date of Offense | Offense |
|---|---|---|
| VI | 05/24/92 | Robbery in the First Degree |
| VII | 04/26/92 | Robbery in the First Degree |

00000002

1

Ex. 1, p. 1

State vs. <u>Jon A. Woodard</u>                                     Case No. <u>3AN-S92-</u>

Defendant came before the court on <u>September 24, 1993, March 2</u> <u>and March 14, 2000</u> with counsel, <u>James McCormick (09/24/93) and Hiebert (03/02/00) and 03/14/00)</u>, and the District Attorney pr Defendant was telephonic from Arizona Detention Center.

IT IS ORDERED that the defendant is hereby committed to the ca custody of the Commissioner of the Department of Corrections f following period(s):

Count II  - SIXTY-SIX (66) YEARS, non-presumptive, with ZERO (0 YEARS SUSPENDED. NO Probation.

Count III - FOURTEEN YEARS/SEVEN YEARS SUSPENDED. TEN years Probation. Sentence is concurrent with Count II Murder in the 2nd Degree.

Count I  - VERDICT of not-guilty on June 7, 1993

Count VI  - Dismissed on March 2, 2000

Count VII - Dismissed on March 2, 2000

The sentence is:
  _X_  all or partially presumptive. The defendant is ineligib parole, except as provided in AS 33.16.090(b) and (c).

  ___  non-presumptive. The defendant is eligible for parole.

IT IS ORDERED that the defendant is fined $__ with $__ suspended unsuspended $__ is to be paid __

SURCHARGE. IT IS ORDERED that defendant pay the following surc within 10 days
    <u>Count</u>           <u>Surcharge Amount</u>

DNA IDENTIFICATION. If this conviction is for a "crime agai person" as defined in AS 44.41.035(j), the defendant is order provide samples for the DNA Registration System when requested so by a health care professional acting on behalf of the state 12.55.015(h).

2

00000003

Ex. 1, p. 2

State vs. Jon A. Woodard

Case No. 3AN-S92-5238 CR

IT IS ORDERED that, after serving any term of incarceration imposed, the defendant is placed on probation under the following conditions:

## GENERAL CONDITIONS OF PROBATION

1. Report to the Department of Corrections Probation Office on the next business day following the date of sentencing, or, if time is to be served prior to probation, report to the Department of Corrections Probation Office on the next business day following release from an institution.

2. Secure the prior written permission of a probation officer of the Department of Corrections before changing employment or residence or leaving the region of residence to which assigned.

3. Make a reasonable effort to secure and maintain steady employment. Should you become unemployed, notify a probation officer of the Department of Corrections as soon as possible.

4. Report in person between the first day and the tenth day of each month, or as otherwise directed, to your assigned officer of the Department of Corrections. Complete in full a written report when your probation officer is out of the office to insure credit for that visit. You may not report by mail unless you secure prior permission to do so from your probation officer.

5. At no time have under your control a concealed weapon, a firearm, or a switchblade or gravity knife.

6. Do not knowingly associate with a person who is on probation or parole or a person who has a record of a felony conviction unless prior written permission to do so has been granted by a probation officer of the Department of Corrections.

7. Make a reasonable effort to support your legal dependents.

8. Do not consume intoxicating liquor to excess.

9. Comply with all municipal, state and federal laws.

10. Report all purchases, sales and trades of motor vehicles belonging to you, together with current motor vehicle license numbers for those vehicles, to your probation officer.

11. Upon the request of a probation officer, submit to a search of your person, personal property, residence or any vehicle in which you may be found for the presence of contraband.

12. Abide by any special instructions given by the court or any of its duly authorized officers, including probation officers of the Department of Corrections.

State vs. Jon A. Woodard                    Case No. 3AN-S92-5238 CR

SPECIAL CONDITIONS OF PROBATION

1. Submit immediately to a urinalysis and/or blood analysis by a medical doctor or medical laboratory to determine the use of narcotics or other controlled substance when directed to do so by a probation officer of the Department of Corrections.

2. Provide blood and oral samples for the DNA Registration System when requested to do so by a health care professional acting on behalf of the state. AS 12.55.100(d) and AS 44.41.035.

3. Totally abstain from the use of alcohol.

4. Not frequent places where alcohol is the main item for sale.

5. Not use or possess any controlled substance, to include marijuana, without a valid prescription; and submit to testing for the use of controlled substances when required to the Probation/Parole Officer.

6. Have no communication or contact with the victim(s) of the present offense. This includes written correspondence, taped conversation, telephone contact, or any communication through a third party.

7. Not associate with co-defendants.

8. Not associate with known narcotic users or sellers, or to found in places where drug use and sales are known to occur.

9. Successfully complete an educational/vocational training program at the discretion of the Probation/Parole Officer.

10. Obtain and maintain verifiable full-time employment unless engages full time in an educational or treatment program approved by the Probation/parole Officer with proof of participation to be provided to the supervising Probation Officer. Provide proof of income when requested by the Probation/Parole Officer.

11. Submit, at any reasonable time, to search of his person, personal property, residence, vehicle, or any vehicle under which his has control, for the presence of narcotic, hallucinogenic, stimulant, depressant, amphetamine, barbiturate, or other drugs or drug paraphernalia.

THE PROBATION HEREBY ORDERED EXPIRES <u>TEN YEARS from the date of release from incarceration.</u>

Any appearance bond in this case is:
<u>X</u>    exonerated.
___   exonerated when defendant reports to the jail to serve the sentence.
___   ___.

<u>September 24, 1993</u>
Effective Date: CT II                                         _____
                                                              Judge

March 14, 2000
Effective Date: Ct III                      <u>KAREN L. HUNT</u>
                                            Type Judge's Name

## NOTICE TO DEFENDANT

You are advised that according to the law, the court may at any time revoke your probation for cause or modify the terms or conditions of your probation. You are subject to arrest by a probation officer with or without a warrant if the officer has cause to believe that you have violated a condition of your probation. You are further advised that it is your responsibility to make your probation officer aware of your adherence to all conditions of probation set forth above.

<u>Sentence Appeal</u>. If you are ordered to serve more than two years in jail, you may appeal the sentence to the court of appeals on the ground that it is excessive. Your appeal must be filed within 30 days of the date of distribution stated below. If you are sentenced to serve two years or less in jail, you may seek review of your sentence by filing a petition for review in the supreme court. To do this, you must file a notice of intent to file a petition for sentence review within 10 days of the date of distribution stated below. See Appellate Rules 215 and 403(h) for more information on time limits, procedures and possible consequences of seeking review of your sentence.

☐   REGISTRATION REQUIREMENT. Because you have been convicted of one of the offenses listed in AS 12.63.100, you must register as described in the attached form (CR-471, Sex Offender and Child Kidnapper Registration Requirements).

I certify that on <u>3.16.00</u>              I certify that on <u>3/3/10</u>
a copy of this judgment was sent to:     a copy of this judgment was
sent to:
✓ DA                                     ✓ Jail          ___ Probation Officer
✓ Defense Atty. <u>Hiebert</u>          ✓ DOC           ___ DPS-Juneau
                                         ✓ Data         ✓ DPS-Fingerprint
                                         ___ Term.      ___ Defendant,
Sec./Clerk: _____C_____                  ___ Off. Loc.  through _____
                                         ___ Exhibit Clerk

                                         Clerk: _____

00000006

Ex. 1, p. 5

Ex. 1, p. 6

I hereby certify that this is a true and correct copy of the original on file in my office.
ATTEST:
Clerk of the Trial Courts
By _____ Deputy
Date: 11-28-06