```
IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE
```

| | |
|---|---|
| STATE OF ALASKA, ) | |
|        Plaintiff, ) | |
|   vs. ) | Filed in the Trial Courts<br>STATE OF ALASKA THIRD DISTRICT<br>at Anchorage |
| JON ARNOLD WOODARD,  (C-3)) <br>DOB: 02-19-65 )<br>AK ID/OL: 5647880 )<br>SSN: 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 )<br>ATN NO: 100 151 307 )<br>COUNTS: I, II, III, VI, )<br>        VII )<br>COURT NO: 3AN-S92-5238  Cr.) | JUL 17 1992<br><br>Clerk of the Trial Courts<br>By _____ Deputy |
| DAVID ALLEN VANHOUSEN, (C-3))<br>DOB: 08-18-66 )<br>AK ID/OL: 5614201 )<br>SSN: 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 )<br>ATN NO: 100 151 308 )<br>COUNTS: III, V )<br>COURT NO: 3AN-S92-5239  Cr.) | |
| SEAN THOMAS PIERCE,  (C-3))<br>DOB: 07-07-66 )<br>AK ID/OL: 5685181 )<br>SSN: 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 )<br>ATN NO: 100 151 309 )<br>COUNTS: IV )<br>COURT NO: 3AN-S92-5240  Cr.) | |
|        Defendants. ) | |

Search Warrants: 3AN-92-915,
3AN-92-131, 3AN-92-132, 3AN-92-133,
3AN-92-134, 3AN-92-135, 3AN-92-919,
3AN-92-136, 3AN-92-137, 3AN-92-138,
3AN-92-144, 3AN-92-145, 3AN-92-146

<u>INDICTMENT</u>

DISTRICT ATTORNEY, STATE OF ALASKA
1031 WEST FOURTH AVENUE, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 279-8622

Ex. 2, p. 1

-0022

```
CERTIFICATION

✓  This document and its attachments do not contain information that is confidential under
AS 12.61.110 or the name of a victim of a crime listed in AS 12.61.140.

___ This document or an attachment contains confidential information that may be placed in a
court file under an exception listed in AS 12.61.130(b). This information appears at
_____. This document and its attachments do not contain the name of a victim
of a crime listed in AS 12.61.140.
```

COUNT I
MURDER IN THE FIRST DEGREE
AS 11.41.100(a)(1)(A)

COUNT II
MURDER IN THE SECOND DEGREE
AS 11.41.110(a)(3)

COUNT III
ROBBERY IN THE FIRST DEGREE
AS 11.41.500(a)(1); AS 11.16.110(2)(B)

COUNT IV
ROBBERY IN THE SECOND DEGREE
AS 11.41.510; AS 11.16.110(2)(B)

COUNT V
HINDERING PROSECUTION IN THE FIRST DEGREE
AS 11.56.770(a)(1)

COUNTS VI, VII
ROBBERY IN THE FIRST DEGREE
AS 11.41.500(a)(1)

THE GRAND JURY CHARGES:

COUNT I

That on or about the 8th day of June, 1992, at or near Anchorage, in the Third Judicial District, State of Alaska, Jon Arnold Woodard, with intent to cause the death of another, did unlawfully cause the death of Terrance Becker.

All of which is an unclassified felony offense being contrary to and in violation of AS 11.41.100(a)(1)(A) and against the peace and dignity of the State of Alaska.

Ex. 2, p. 2

0023

COUNT II

That on or about the 8th day of June, 1992, at or near Anchorage, in the Third Judicial District, State of Alaska, acting either alone or with one or more persons, Jon Arnold Woodard committed or attempted to commit the crime of Robbery in any degree, and in the course of or in furtherance of that crime, Jon Woodard caused the death of Terrance Becker, who was not a participant in the crime.

All of which is an unclassified felony offense being contrary to and in violation of AS 11.41.110(a)(3); and against the peace and dignity of the State of Alaska.

COUNT III

That on or about the 8th day of June, 1992, at or near Anchorage, in the Third Judicial District, State of Alaska, Jon Arnold Woodard and David Allen VanHousen, in the course of taking or attempting to take property from the immediate presence and control of another person, did use or threaten the immediate use of force upon another person with intent to prevent or overcome resistance to the taking, or retention of the property after the taking, or to compel delivery of the property, and in the course thereof, or in immediate flight therefrom, he or another participant was armed with or represented that he was armed with a deadly weapon.

All of which is a class A felony offense being contrary to and in violation of AS 11.41.500(a)(1); AS 11.16.110(2)(B) and against the peace and dignity of the State of Alaska.

COUNT IV

That on or about the 8th day of June, 1992, at or near Anchorage, in the Third Judicial District, State of Alaska, Sean Thomas Pierce, in the course of taking or attempting to take property from the immediate presence and control of another person, did use or threaten the immediate use of force upon another person with intent to prevent or overcome resistance to the taking, or retention of the property after the taking, or to compel delivery of the property.

All of which is a class B felony offense being contrary to and in violation of AS 11.41.510(a)(1); AS 11.16.110(2)(B) and against the peace and dignity of the State of Alaska.

COUNT V

That on or about the 11th day of June, 1992, at or near Anchorage, in the Third Judicial District, State of Alaska, David Allen VanHousen did unlawfully and knowingly render assistance to Jon Arnold Woodard, who had committed a crime punishable as a felony, with intent to hinder the apprehension, prosecution, conviction, or punishment of Jon Arnold Woodard by warning Jon Arnold Woodard of impending discovery or apprehension of him.

All of which is a class C felony offense being contrary to and in violation of AS 11.56.770(a)(1) and against the peace and dignity of the State of Alaska.

COUNT VI

That on or about the 24th day of May, 1992, at or near Anchorage, in the Third Judicial District, State of Alaska, Jon

-4-

Ex. 2, p. 4

0026

Arnold Woodard, in the course of taking or attempting to take property from the immediate presence and control of another, did use or threaten the immediate use of force upon another with intent to prevent or overcome resistance to the taking, or retention of the property after the taking, or to compel delivery of the property, and in the course thereof, or in immediate flight therefrom, was armed with or represented that he was armed with a deadly weapon.

All of which is a class A felony offense being contrary to and in violation of AS 11.41.500(a)(1) and against the peace and dignity of the State of Alaska.

COUNT VII

That on or about the 26th day of April, 1992, at or near Anchorage, in the Third Judicial District, State of Alaska, Jon Arnold Woodard, in the course of taking or attempting to take property from the immediate presence and control of another, did use or threaten the immediate use of force upon another with intent to prevent or overcome resistance to the taking, or retention of the property after the taking, or to compel delivery of the property, and in the course thereof, or in immediate flight therefrom, was armed with or represented that he was armed with a deadly weapon.

All of which is a class A felony offense being contrary to and in violation of AS 11.41.500(a)(1) and against the peace and dignity of the State of Alaska.

```
                    DATED at Anchorage, Alaska, this 17th day of July,
       1992.
```

_____  _____
Mary Anne Henry                   Grand Jury Foreperson
Assistant District Attorney

a true bill

WITNESSES EXAMINED BEFORE THE GRAND JURY:

Ernesto McFarlane
Sandra Shuffle
Randall Bailey
Kim Giddings
Terry Smith
Lori Jansen
Stephan Pauli
Rob Heun
William Miller
Dean Wiggers
David VanHousen
Sean Pierce
Karl Bohlin
Sara Wiggers
Larry Arend
George Nickarz
Bill Gifford
Ken Spadafora
Bill Reeder
Laurie Rolf
Katrina Johnston
Karen Fink
Ronnie Epperson
Gary Pempek
Steven Fowler
Deidre Miller
Kyle Williams
Tracy Seidal
Linda Ratcuz
Herbert T. Cotton

BAIL SET AT: Jeff Woodard $1,000,000 C/CS +TPC+C
David Van Housen - Summons
Sean Pierce - Summons

DATED 7-17-92
_____
JUDGE

ACCEPTED FOR FILING: 7/17/92
_____
Mary Vertress
DEPUTY CLERK

MAH:sw

DISTRICT ATTORNEY, STATE OF ALASKA
1031 WEST FOURTH AVENUE, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 277-8622