# In the Supreme Court of the State of Alaska

| | |
|---|---|
| **Jon A. Woodard,** | Supreme Court No. **S-08917** |
| Petitioner, | |
| v. | **Order** |
| | Petition for Hearing |
| **State of Alaska,** | |
| Respondent. | Date of Order: **9/17/99** |

Trial Court Case # **3AN-92-05238CR**
Court of Appeals Case # **A-5187**

Before: Matthews, Chief Justice, and Eastaugh, Fabe, and Carpeneti, Justices
(Bryner, Justice, not participating)

On consideration of the Petition for Hearing, filed on **2/23/99**, ~~and the response, filed on 4/19/99,~~

IT IS ORDERED:

The Petition for Hearing is DENIED.

Entered by direction of the court.

RECEIVED
DEPARTMENT OF LAW
SEP 17 1999
OFFICE OF SPECIAL PROSECUTIONS
AND APPEALS
ANCHORAGE, ALASKA

Clerk of the Appellate Courts

_Patty A. Aprea_
Patty A. Aprea, Deputy Clerk

EASTAUGH, Justice, dissents as follows: I would grant the petition and order full briefing with respect to the issue raised in Part II.B.1 of the petition for hearing.

CARPENETI, Justice, dissents as follows: I would grant the petition and order full briefing with respect to the issues raised in Parts II.B.1 and II.B.2 of the petition for hearing.

Order9s.wpt

Ex. 7, p. 1

Ex. 7, p. 2

Supreme Court Order
Re: <u>Woodard v. State</u>
File No. S-8917
Page Two


cc:     Supreme Court Justices
        Court of Appeals Judges
        Central Staff Attorneys
        Superior Court Judge Hunt
        Trial Court Appeals Clerk

Distribution:

   Christine S Schleuss
   Suddock & Schleuss P C
   500 L Street  #300
   Anchorage AK 99501-5910

   William H Hawley Jr
   OSPA
   310 K Street  #308
   Anchorage AK 99501

Order9s.wpt