RECEIVED
DEPARTMENT OF LAW
DEC 29 2004
OFFICE OF SPECIAL PROSECUTION
AND APPEALS

# In the Supreme Court of the State of Alaska

| | |
|---|---|
| Jon A. Woodard, | Supreme Court No. S-11693 |
| Petitioner, | |
| v. | **Order** |
| | Petition for Hearing |
| State of Alaska, | |
| Respondent. | Date of Order: **12/29/04** |

Trial Court Case # **3AN-00-06982CI**
Court of Appeals # **A-8243**

Before:   Bryner, Chief Justice, and Matthews, Eastaugh, Fabe, and Carpeneti, Justices.

On consideration of the Petition for Hearing, filed on 10/13/04, and the response, filed on 11/22/04,

**IT IS ORDERED**:

The Petition for Hearing is **DENIED**.

Entered by the direction of the court.

Clerk of the Appellate Courts

*Marilyn May*
Marilyn May

cc:   Supreme Court Justices
      COA Judges
      Judge Bolger
      Central Staff
      Trial Court Appeals Clerk

Distribution:

Christine S Schleuss
Friedman Rubin & White
1227 West Ninth Avenue  Second Floor
Anchorage AK 99501

William H Hawley Jr
OSPA
310 K Street #308
Anchorage AK 99501

Ex. 14, p. 1