W.H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: William_Hawley@law.state.ak.us

Attorney for Respondent John (Craig Turnbull)

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> JOHN (CRAIG) TURNBULL, ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. 3:05-cv-0089-TMB-JDR <br><br> <u>PROPOSED ORDER GRANTING MOTION TO SEAL TRANSCRIPTS</u> |

The state's motion to seal the two volumes of grand jury testimony and the testimony of John Murtagh on January 23, 2002 is granted/denied.

Dated this _____ day of _____, 2006.

_____
John D. Roberts
United States Magistrate Judge