W.H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: William_Hawley@law.state.ak.us

Attorney for Respondent John (Craig Turnbull)

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JOHN ARNOLD WOODARD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-0089-TMB-JDR |
| ) | |
| JOHN (CRAIG) TURNBULL, ) | NOTICE OF LODGING |
| ) | |
| ) | |
| Respondent. ) | |
| ) | |

TO: Hugh W. Fleischer
    310 K St., Suite 200
    Anchorage, AK 99501

You are hereby notified that the grand jury transcript, 53 volumes of pre-trial, trial, and sentencing transcripts, and two volumes of transcript in the post-conviction action have been lodged with the court.

John A. Woodard v John (Craig) Turnbull, 3:05-cv-00089-TMB-JDR
Page 1

DATED December 4, 2006 , at Anchorage, Alaska.

> DAVID W. MÁRQUEZ
> ATTORNEY GENERAL
>
> s/ W. H. Hawley, Jr.
>    Assistant Attorney General
>    State of Alaska, Dept. of Law
>    Office of Special Prosecutions
>       and Appeals
>    310 K St., Suite 308
>    Anchorage, Alaska 99501
>    Telephone: (907) 269-6250
>    Facsimile: (907) 269-6270
>    e-mail: William_Hawley@law.state.ak.us
>    Alaska Bar. No. 6702008

**Certificate of Service**

I certify that on December 4, 2006, a copy of the foregoing **Notice of Lodging Transcripts** was served electronically on **Hugh W. Fleisher**

s/ **W. H. Hawley, Jr.**