IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JON ARNOLD WOODARD, | ) | |
| | ) | CASE NO: A05-0089 CR (RRB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN (CRAIG) TURNBULL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### ORDER

Based on the foregoing unopposed motion,

IT IS ORDERED that the plaintiff's response to the State's Reply to the amended § 2254 petition be filed on or before March 5, 2007 and the State's response thereto, if any, is due on or before March 26, 2007.

DATED this _____ day of December, 2006.

_____
John D. Roberts
United States Magistrate Judge

9114.1/548