IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD,              )<br>                                  )<br>         Plaintiff,              )<br>                                  )<br>                                  )<br>                                  )<br>                                  )<br>                                  )<br>JOHN (CRAIG) TURNBULL            )<br>                                  )<br>         Defendant.              )<br>_____) | CASE NO: A05-0089 CIV (RRB)<br>**UNOPPOSED MOTION and**<br>**MEMORANDUM FOR EXTENSION FOR**<br>**TIME TO FILE A RESPONSE TO**<br>**THE MOTION TO DISMISS THE §**<br>**2254 PETITION** |

Defendant, Jon A. Woodard, through his undersigned counsel, Hugh W. Fleischer, hereby moves for an extension of the time within which to file a response to the State's motion to dismiss the amended § 2254 Petition from January 10, 2007 for a period to on or about March 5, 2007.

This motion is based on the fact that the undersigned counsel has three intervening trials, two State Court, one anticipated a two week trial and the other ten days and one Federal, which is anticipated for one week-February 20-27, 2007. Such trials and other required actions necessitate the requested extension.

William H. Hawley, Jr., Assistant Attorney General, State of Alaska, has permitted the undersigned to advise this Court that the State of Alaska does not oppose this motion.

Dated this 10th day of December, 2006.

```
                                        LAW OFFICES OF HUGH W. FLEISCHER


                                   By:  S/ Hugh W. Fleischer
                                        Hugh W. Fleischer
                                        Attorney for Mr. Woodard
                                        310 K. St., Suite 200
                                        Anchorage, AK 99501
                                        (907) 264-6635
                                        (907) 264-6602-Fax
                                        hfleisch@aol.com
```

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December, 2006, a true copy of JON WOODARD'S foregoing motion & memorandum was electronically sent to:

William H. Hawley, Jr.
Assistant Attorney General
Office of Special Prosecutions and Appeals
310 K. St., Suite 308
Anchorage, AK 99501


S/ Hugh W. Fleischer


   9114.1/548