IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD,  )<br>                             )<br>        Plaintiff,     )<br>                             )<br> v.                          )<br>                             )<br> JOHN (CRAIG) TURNBULL,      )<br>                             )<br>        Defendant.    )<br>_____) | CASE NO: A05-0089 CR (RRB) |

### ORDER

Based on the foregoing unopposed motion,

IT IS ORDERED that the plaintiff's response to the State's Motion to Dismiss the amended § 2254 petition be filed on or before March 5, 2007 and the State's response thereto, if any, is due on or before March 26, 2007.

DATED this _____ day of December, 2006.

_____
John D. Roberts
United States Magistrate Judge

9114.1/548