W. H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Mick_Hawley@law.state.ak.us

Attorney for Respondent John Turnbull

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JOHN ARNOLD WOODARD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-00089-TMB-JDR |
| ) | |
| JOHN (CRAIG) TURNBULL, ) | **PROPOSED** ORDER GRANTING |
| ) | MOTION TO STRIKE DOCKET |
| Respondent. ) | NOS. 61, 62, 63, & 64 |
| ) | |

Respondent's motion to strike *pro se* pleadings filed Docket Nos. 61, 62, 63, and 64 is granted. The clerk is directed to return the pleadings to the petitioner.

_____
Magistrate John D. Roberts