# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

JON A. WOODARD v. JOHN TURNBULL

Case No. *3-05-cv-00089-TMB-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

**RE: Pleadings filed by Petitioner
Docket Nos. 60, 61, 62, 63 and 64**

Petitioner Jon A. Woodard is represented by CJA appointed counsel, Hugh Fleischer. Accordingly, the pleadings filed by the petitioner at Docket Nos. 60, 61, 62, 63 and 64 shall be stricken from the record and forwarded by the clerk to Mr. Fleischer for any appropriate action he may deem necessary.

The petitioner is reminded that any pleadings he wishes to be filed with the court must be submitted via his appointed counsel. A copy of this order shall be mailed to the petitioner in care of the Spring Creek Correctional Center.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

December 27, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CV\3-05-cv-00089-TMB-JDR Woodard @60-61-62-63 Order Striking Pleadings.wpd