W.H. Hawley
Assistant Attorney General
Office of Special Prosecutions
  and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: William_Hawley@law.state.ak.us

Attorney for Respondent John Turnbull

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> JOHN CRAIG TURNBULL, ) <br> ) <br> ) <br> Respondent. ) <br> ) | Case No. 3:05-cv-00089-TMB-JDR <br><br> <u>UNOPPOSED MOTION TO EXTEND TIME FOR FILING REPLY TO OPPOSOTION TO MOTION TO DISMISS</u> <br> **(On Shortened Time)** |

Respondent asks this court to extend the deadline for responding to Woodard's opposition to the motion to dismiss for 7 days – from March 23, 2007 until March 30, 2007.

Respondent is filing this unopposed motion on shortened time because the response is due today. A ruling is requested as soon as possible.

*Woodard v. Turnbull, 3:05-cv-00089-TMB-JDR*     Page 1
Unopposed Motion to Extend Time for Filing Reply

This motion is supported by the accompanying affidavit of counsel.

DATED March 21, 2007, at Anchorage, Alaska.

>DAVID W. MÁRQUEZ
>ATTORNEY GENERAL
>
>s/ W. H. Hawley
>   Assistant Attorney General
>   State of Alaska, Dept. of Law
>   Office of Special Prosecutions
>      and Appeals
>   310 K St., Suite 308
>   Anchorage, Alaska 99501
>   Telephone: (907) 269-6250
>   Facsimile: (907) 269-6270
>   email: William_Hawley@law.state.ak.us
>   Alaska Bar. No. 6702008

**Certificate of Service**

I certify that on March 21, 2007, a copy of the foregoing Unopposed Motion for Extension of Time for Filing Reply to Opposition to Motion to Dismiss, Affidavit and Proposed Order was served electronically on Hugh Fleisher.

>s/ W.H. Hawley