IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, ) | |
| ) | |
| Petitioner, ) | |
| ) | Case No. 3:05-cv-00089-TMB-JDR |
| vs. ) | |
| ) | **PROPOSED** |
| JOHN CRAIG TURNBULL, ) | ORDER GRANTING UNOPPOSED |
| ) | MOTION TO EXTEND TIME FOR |
| Respondent. ) | FILING REPLY TO OPPOSITION |
| ) | TO MOTION TO DISMISS |

The Respondent's motion to extend time for filing of its response to Woodard's opposition to its motion to dismiss is GRANTED.

It is hereby ORDERED respondent's reply is now due March 30, 2007.

DATED _____, at Anchorage, Alaska

_____
Magistrate Judge John D. Roberts