W.H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: William_Hawley@law.state.ak.us

Attorney for Respondent John Turnbull

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, )<br>)<br>   Petitioner, )<br>)<br>vs. )<br>)<br>JOHN CRAIG TURNBULL, )<br>)<br>   Respondent. )<br>_____ ) | Case No. 3:05-cv-0089-TMB-JDR<br><br>AFFIDAVIT SUPPORTING<br>UNOPPOSED MOTION TO<br>EXTEND TIME FOR<br>FILING REPLY TO OPPOSITION<br>TO MOTION TO DISMISS |

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT )

      W.H. Hawley, being first duly sworn, deposes and states:

      1.    I represent the respondent.

      2.    The state's response to Woodard's opposition to respondent's

motion to dismiss is due March 23.

3.  I gave this case priority so that respondent's reply is finished. I submitted it for internal review yesterday.

4.  I have been informed the person reviewing the draft cannot complete the review today.

5.  The only person in this office who is able to file the response electronically will be out of the office tomorrow and Friday.

6.  I am requesting the extension of a week because the person reviewing the brief is very busy and so I will not have to request an additional extension if we disagree about the contents of reply.

7.  I have spoken with opposing counsel, Mr. Fleisher. He does not oppose this motion.

Further your affiant sayeth naught.

SUBSCRIBED AND SWORN to before me this 21st day of March, 2007, at Anchorage, Alaska.



Vivien M. Noll
Notary Public in and for Alaska