W.H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Mick_Hawley@law.state.ak.us

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> JOHN CRAIG TURNBULL, ) <br> ) <br> ) <br> Respondent. ) <br> ) | Case No. 3:05-cv-00089- TMB-JDR <br><br> UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME IN WHICH TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S RECOMMENDATIONS <br> **(On Shortened Time)** |

Respondent asks this court to extend the deadline for filing objections (by either party) to the Magistrate-Judge's Recommendations for 30 days – from June 25, 2007 until July 25, 2007.

Respondent is filing this unopposed motion on shortened time because the motion is due today. A ruling is requested as soon as possible.

This motion is supported by the accompanying affidavit of counsel.

DATED June 25, 2007, at Anchorage, Alaska.

    TALIS J. COLBERG
    ATTORNEY GENERAL

    s/ W. H. Hawley
      Assistant Attorney General
      State of Alaska, Dept. of Law
      Office of Special Prosecutions
        and Appeals
      310 K St., Suite 308
      Anchorage, Alaska 99501
      Telephone: (907) 269-6250
      Facsimile: (907) 269-6270
      e-mail: Mick_Hawley@law.state.ak.us
      Alaska Bar. No. 6702008

**Certificate of Service**

I certify that on June 25, 2007, a copy of the foregoing Unopposed Motion for 30-day Extension of Time in Which to File Objections to Magistrate Judge's Recommendations was served electronically on Hugh Fleisher.

    s/ W. H. Hawley