IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, ) | |
| ) | |
| Petitioner, ) | Case No. 3:05-cv-00089-TMB-JDR |
| ) | |
| vs. ) | **PROPOSED** |
| ) | ORDER GRANTING UNOPPOSED |
| JOHN CRAIG TURNBULL, ) | MOTION FOR 30-DAY EXTENSION |
| ) | OF TIME IN WHICH TO FILE |
| Respondent. ) | OBJECTIONS TO MAGISTRATE |
| ) | JUDGE'S RECOMMENDATIONS |

The Respondent's motion to extend time for Petitioner and Respondent to file objections to the Magistrate Judge's Recommendations is GRANTED.

The Respondent's and Petitioner's objections are now due July 25, 2007.

_____
John D. Roberts, Magistrate-Judge