W.H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: william.hawley@alaska.gov

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>JOHN CRAIG TURNBULL, )<br>)<br>)<br>Respondent. )<br>) | Case No. 3:05-cv-00089- TMB-JDR<br><br>NON-OPPOSED MOTION FOR<br>ACCEPTANCE OF OVERLENGTH<br>OBJECTIONS TO MAGISTRATE<br>JUDGE'S RECOMMENDATIONS<br>**(On Shortened Time)** |

Respondent respectfully requests permission to file overlength objections to the Magistrate-Judge's recommendations. The objections are slightly more than two pages overlength.

Respondent is filing this unopposed motion on shortened time because the objections are due tomorrow. A ruling is requested as soon as possible.

This motion is supported by the accompanying affidavit of counsel.

        TALIS J. COLBERG
        ATTORNEY GENERAL

          s/ W. H. Hawley
          Assistant Attorney General
          State of Alaska, Dept. of Law
          Office of Special Prosecutions
           and Appeals
          310 K St., Suite 308
          Anchorage, Alaska 99501
          Telephone: (907) 269-6250
          Facsimile: (907) 269-6270
          e-mail: william.hawley@alaska.gov
          Alaska Bar. No. 6702008

**Certificate of Service**

I certify that on July 24, 2007, a copy of the foregoing **Motion for acceptance of overlength objections to Magistrate's Judge's Recommendations** was served electronically on **Hugh Fleisher**.

        s/ **W.H. Hawley**