IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, ) | |
| ) | |
| Petitioner, ) | Case No. 3:05-cv-00089- TMB-JDR |
| ) | |
| vs. ) | |
| ) | PROPOSED ORDER GRANTING |
| JOHN CRAIG TURNBULL, ) | MOTION FOR ACCEPTANCE OF |
| ) | OVERLENGTH OBJECTIONS TO |
| ) | MAGISTRATE JUDGE'S |
| Respondent. ) | RECOMMENDATIONS |
| ) | |

The Respondent's motion for acceptance of overlength objections to the Magistrate-Judge's Recommendations is GRANTED.

IT IS HEREBY ORDERED that the motion is granted.

Dated this _____ day of _____, 2007.

_____
John D. Roberts, Magistrate-Judge

3