W.H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: William.Hawley@alaska.gov

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, | ) |
| Petitioner, | ) Case No. 3:05-cv-00089- TMB-JDR |
| vs. | ) |
| JOHN CRAIG TURNBULL, | ) AFFIDAVIT SUPPORTING NON-OPPOSED MOTION FOR ACCEPTANCE OF OVERLENGTH OBJECTIONS TO MAGISTRATE JUDGE'S RECOMMENDATIONS |
| Respondent. | ) **(On Shortened Time)** |

1. I represent the respondent.

2. I prepared the state's objections to the Magistrate-Judge's Recommendations. The objections are slightly more than two pages overlength.

3. I made a conscientious effort to comply with the five-page limit established by this court. I was unable to comply with it and at the same time

large number of habeas claims, some of which are relatively complex, and because the record is particularly lengthy.

    4.    Opposing counsel, Hugh Fleischer, does not oppose the overlength objections.

Further your affiant sayeth naught.

_____

SUBSCRIBED AND SWORN to before me this 24th day of July, 2007.

_____
Notary Public in and for Alaska