W.H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: william.hawley@alaska.gov

Attorney for Respondent

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | | |
|---|---|---|
| JON ARNOLD WOODARD, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 3:05-cv-00089- TMB-JDR |
| | ) | |
| vs. | ) | |
| | ) | <u>NON-OPPOSED MOTION FOR</u> |
| JOHN CRAIG TURNBULL, | ) | <u>ACCEPTANCE OF OVERLENGTH</u> |
| | ) | <u>RESPONSE TO OBJECTIONS TO</u> |
| | ) | <u>MAGISTRATE JUDGE'S</u> |
| Respondent. | ) | <u>RECOMMENDATIONS</u> |
| | ) | **(On Shortened Time)** |

Respondent respectfully requests permission to file an overlength response to Woodard's objections to the Magistrate-Judge's recommendations. The objections are one page overlength.

Respondent is filing this unopposed motion on shortened time because the objections are due August 3, 2007.  A ruling is requested as soon as possible.

This motion is supported by the accompanying affidavit of counsel.

TALIS J. COLBERG
ATTORNEY GENERAL

s/ <u>W. H. Hawley</u>
Assistant Attorney General
State of Alaska, Dept. of Law
Office of Special Prosecutions
 and Appeals
310 K St., Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
e-mail: william.hawley@alaska.gov
Alaska Bar. No. 6702008

## Certificate of Service

I certify that on August 2, 2007, a copy of the foregoing **Non-opposed Motion for acceptance of overlength response to objections to Magistrate's Judge's Recommendations** was served electronically on **Hugh Fleisher**.

<u>s/</u> **W.H. Hawley**