W.H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: william.hawley@alaska.gov

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, | |
| Petitioner, | Case No. 3:05-cv-00089-TMB-JDR |
| vs. | |
| JOHN CRAIG TURNBULL, | ORDER PERMITTING OVERLENGTH RESPONSE TO OBJECTIONS TO MAGISTRATE JUDGE'S RECOMMENDATIONS |
| Respondent. | |

The Respondent's request to file a one-page overlength response to Woodard's objections is GRANTED/DENIED.

Dated this _____ day of _____, 2007.

_____
John D. Roberts, Magistrate-Judge

1