W.H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: William.Hawley@alaska.gov

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| JON ARNOLD WOODARD, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 3:05-cv-00089- TMB-JDR |
| | ) | |
| vs. | ) | |
| | ) | AFFIDAVIT SUPPORTING NON- |
| JOHN CRAIG TURNBULL, | ) | OPPOSED MOTION FOR |
| | ) | ACCEPTANCE OF OVERLENGTH |
| | ) | RESPONSE TO OBJECTIONS TO |
| Respondent. | ) | MAGISTRATE JUDGE'S |
| | ) | RECOMMENDATIONS |
| | ) | **(On Shortened Time)** |

1.    I represent the respondent.

2.    I prepared the state's response to the objections to the
Magistrate-Judge's Recommendations. The response is one page overlength.

3.    I made a conscientious effort to comply with the five-page limit
established by this court. I was unable to comply with it and at the same time
effectively respond to Woodard's new argument that a portion of the claim in

Ground Eleven was properly exhausted. Moreover, this case involves a relatively large number of habeas claims, some of which are relatively complex, and the record is particularly lengthy.

      4.   Opposing counsel, Hugh Fleischer, does not oppose the overlength response to his objections.

Further your affiant sayeth naught.

SUBSCRIBED AND SWORN to before me this 2nd day of August, 2007.

Notary Public in and for Alaska

2