W.H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: william.hawley@alaska.gov

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, | ) |
| | ) |
| Petitioner, | ) Case No. 3:05-cv-00089- TMB-JDR |
| | ) |
| vs. | ) |
| | ) MOTION TO CHANGE DATE OF |
| JOHN CRAIG TURNBULL, | ) PLANNING CONFERENCE |
| | ) |
| | ) |
| Respondent. | ) |
| | ) |

The state respectfully requests that the court move the date of the planning conference from October 19, 2007, until sometime the following week. This motion is not opposed and based on the attached affidavit.

                                                TALIS J. COLBERG
                                                ATTORNEY GENERAL
                                                s/ W. H. Hawley
                                                   Assistant Attorney General
                                                   Office of Special Prosecutions

  and Appeals
310 K Street, Suite 308
Anchorage, AK  99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
email: william.hawley@alaska.gov

## Certificate of Service

I certify that on September 27, 2007, a copy of the foregoing Motion to Change Date of Planning Conference was served electronically on Hugh Fleischer.

s/ W. H. Hawley (6702008)

2