W.H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: william.Hawley@Alaska.gov

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, ) | |
| ) | |
| Petitioner, ) | Case No. 3:05-cv-00089- TMB-JDR |
| ) | |
| vs. ) | |
| ) | PROPOSED ORDER |
| JOHN CRAIG TURNBULL, ) | |
| ) | |
| ) | |
| Respondent. ) | |
| ) | |

The motion to continue the planning conference is granted/denied. It is reset for _____, ___, 2007.

Dated this _____ day of _____, 2007.

_____
John D. Roberts
United States District Judge