W.H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: william.hawley@alaska.gov

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, ) | |
| ) | |
| Petitioner, ) | Case No. 3:05-cv-00089- TMB-JDR |
| ) | |
| vs. ) | |
| ) | AFFIDAVIT SPPORTING MOTION |
| JOHN CRAIG TURNBULL, ) | TO CHANGE DATE OF PLANNING |
| ) | CONFERENCE |
| ) | |
| Respondent. ) | |
| ) | |

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT)

W. H. Hawley , being first duly sworn, deposes and states:

1. I represent the respondent.

2. I will be out of the office between September 28th and October 21.

3.  I request the planning conference be set during the week of October 22-26, 2007. I am required to attend the District Attorney's annual conference in Girdwood October 29-31.

4.  I have spoken to Mr. Fleischer. He does not oppose this motion.

_____

SUBSCRIBED AND SWORN TO before me this 27th day of September, 2007.

_Perette S. Mathews_
Notary Public for Alaska

2