```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

JON ARNOLD WOODARD            vs.   JOHN (CRAIG)TURNBULL

BEFORE THE HONORABLE JOHN D. ROBERTS   CASE NO. 3:05-CV-00089-TMB

DEPUTY CLERK/RECORDER: SAMANTHA LARK

APPEARANCES:   PLAINTIFF: HUGH FLEISCHER

               DEFENDANT: WILLIAM H. HAWLEY JR.

PROCEEDINGS: SCHEDULING AND PLANNING CONFERENCE HELD 10/24/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:42 p.m. court convened.

Court and counsel heard re defendant's non-appearance.

Court and counsel heard re briefing schedule.

Court ordered Mr. Fleischer to file Opening Brief on or before **December 3, 2007.**

Mr. Hawley to file response on or before **January 3, 2008.**

Mr. Fleischer to file reply on or before **January 18, 2008.**

Court and counsel heard re plaintiff's Motion at (DKT 92); **DENIED.**

At 1:58 p.m. court adjourned.

DATE: October 24, 2007        DEPUTY CLERK'S INITIALS: sal

Revised 6/18/07