LAW OFFICES OF HUGH W. FLEISCHER
310 K. Street, Suite 200
Anchorage, Alaska 99501
907-264-6635
907-264-6602
hfleisch@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD,<br><br>Plaintiff,<br><br>v.<br><br>JOHN (CRAIG) TURNBULL<br><br>Defendant. | CASE NO: A05-0089 CIV (RRB)<br><br>**UNOPPOSED MOTION**<br><br>**and MEMORANDUM FOR**<br>**A CONTINUANCE** |

Defendant, Jon A. Woodard, through his undersigned counsel, Hugh W. Fleischer, hereby moves for a continuance of the time within which to file a opening brief on the merits from November 30, 2007 to January 7, 2008.

This motion is based on the fact that undersigned counsel must spend the next three weeks working on a major federal action in the U.S. District Court for the Western District of Oklahoma. Thereafter, undersigned counsel has two State trials scheduled. Therefore, the requested time is

necessary to assure appropriate representation of Mr. Woodard.

The Assistant Attorney General, William H. Hawley, Jr. has authorized the undersigned to advise that the State does not oppose this motion and asks that a concomitant period of time of extension be provided to the State in this matter.

Dated this 26th day of November, 2007.

LAW OFFICES OF HUGH W. FLEISCHER

By: S/ Hugh W. Fleischer
Hugh W. Fleischer
Attorney for Mr. Woodard
310 K. St., Suite 200
Anchorage, AK 99501
(907) 264-6635
(907) 264-6602-Fax
hfleisch@aol.com

9114.1/558

**CERTIFICATE OF SERVICE**

I certify that on the 26th day of November, 2007, a true copy of the foregoing was delivered electronically to the following counsel:

W. H. Hawley, Jr.
Office of Special Prosecutions and Appeals

    310 K. St., Suite 308
    Anchorage, AK 99501


S/ Hugh W. Fleischer