IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOHN (CRAIG) TURNBULL, )<br>)<br>    Defendant. )<br>_____) | CASE NO: A05-0089 CR (RRB) |

### ORDER

Based on the foregoing motion,

IT IS ORDERED that the plaintiff's request for a continuance of the time for an opening brief is continued to January 7, 2008.

DATED this _____ day of November, 2007.

_____
John D. Roberts
United States Magistrate Judge

9114.1/55