W. H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
William.Hawley@Alaska.gov

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| JON ARNOLD WOODARD, | ) | Case No. 3:05-cv-00089-TMB-JDR |
| | ) | |
| Petitioner, | ) | UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE STATE'S RESPONSE TO WOODARD'S OPENING BRIEF ON THE MERITS |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN CRAIG TURNBULL, | ) | |
| | ) | **(On Shortened Time)** |
| | ) | |
| Respondent. | ) | |
| | ) | |

Respondent respectfully requests this court to extend the deadline for responding to Woodard's opening brief on the merits for three weeks – from today, February 12, 2008 until March 4, 2008. The motion is based on the affidavit filed herewith.

Respondent is filing this unopposed motion on shortened time because the response is due today. A ruling is requested as soon as possible.

DATED February 12, 2008 , at Anchorage, Alaska.

      TALIS J. COLBERG
      ATTORNEY GENERAL

      <u>s/ W. H. Hawley</u>
      Assistant Attorney General
      State of Alaska, Dept. of Law
      Office of Special Prosecutions
       and Appeals
      310 K St., Suite 308
      Anchorage, Alaska 99501
      Telephone: (907) 269-6250
      Facsimile: (907) 269-6270
      e-mail: william.hawley@alaska.gov.
      Alaska Bar. No. <u>6702008</u>

**Certificate of Service**

I certify that on February 12, 2008, a copy of the foregoing **unopposed motion for extension of time to file state's response to Woodard's opening brief on merits** was served electronically **Hugh Fleisher**.

    <u>s/ **W. H. Hawley**</u>