W. H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
william.hawley@alaska.gov

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>JOHN CRAIG TURNBULL, )<br>)<br>)<br>)<br>Respondent. )<br>_____ ) | Case No. A05-0089 CV (TMB-JDR)<br>**PROPOSED**<br><u>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO STATE'S RESPONSE TO WOODARD'S OPENING BRIEF ON THE MERITS</u> |

The Respondent's motion to extend time for filing of its response to Woodard's Opening Brief on the Merits is GRANTED.

It is hereby ORDERED Respondent's responding brief on the merits is due March 4, 2008.

_____
Magistrate Judge John D. Roberts