W. H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
william.hawley@alaska.gov

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| JON ARNOLD WOODARD, | ) | Case No. 3:05-cv-00089-TMB-JDR |
| | ) | |
| Petitioner, | ) | <u>AFFIDAVIT SUPPORTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE STATE'S RESPONSE TO WOODARD'S OPENING BRIEF ON THE MERITS</u> |
| vs. | ) | |
| JOHN CRAIG TURNBULL, | ) | |
| | ) | |
| Respondent. | ) | **(On Shortened Time)** |

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT)

W. H. Hawley, being first duly sworn, deposes and states:

1. I represent the respondent.

2. The state's brief on the merits is due today, February 12, 2008.

3. Woodard's opening brief on the merits is dated January 7, 2008.

4. On January 14, 2008, I filed the state's merit brief in *Foret v. State*, A-9779, in the Alaska Court of Appeals; on January 15, 2008, I filed the state's merit brief in *Clark v. State*, A-9697; and on February 5, 2008, I filed the state's merit brief in *Seek v. State*, A-9650. On January 31, 2008, I filed a response to a petition for hearing in *Peter v. State*, S-12962

5. The state had received non-routine extensions of time in which to file the merit briefs listed in paragraph four.

6. I have been spending most of my time since completing the briefs listed in paragraph four working on the instant case and have finished a draft response to Woodard's ground one and have begun working on ground two. My draft about 26 pages long at the moment.

7. Responding to Woodard's arguments entails a substantial amount of work. It is necessary to review and outline proceedings in the trial court, to identify the applicable standard of review, and to then analyze the individual claims. The response is also complicated because the majority decision of the Alaska Court of Appeals consists of two separate opinions. There do not appear to be any shortcuts that would permit the state to abbreviate its response.

8. I have spoken to Hugh Fleisher. He does not oppose this request.

9. I believe that I will be able to complete the state's response in the time requested.

Further your affiant sayeth naught.

_____

SUBSCRIBED AND SWORN to before me this 12th day of February, 2008.



_____
Notary Public in and for Alaska

3