W. H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: william.hawley@alaska.gov

Attorney for Respondent John Craig Turnbull

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> JOHN CRAIG TURNBULL, Warden ) <br> ) <br> ) <br> Respondent. ) <br> ) | Case No. 3:05-cv-0089-TMB-JDR- <br><br> UNOPPOSED MOTION FOR TWO-WEEK EXTENSION OF TIME IN WHICH TO FILE RESPONSE TO WOODARD'S BRIEF ON THE MERITS **(On Shortened Time)** |

Respondent respectfully request this court to extend the deadline for responding to Woodard's opening brief on the merits for two additional weeks – from today, March 4, 2008, until March 18, 2008.

Respondent is filing this unopposed motion on shortened time because the response is due today. A ruling is requested as soon as possible.

DATED March 4, 2008 , at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

s/ W. H. Hawley (6702008)
   Assistant Attorney General
   State of Alaska, Dept. of Law
   Office of Special Prosecutions
      and Appeals
   310 K St., Suite 308
   Anchorage, Alaska 99501
   Telephone: (907) 269-6250
   Facsimile: (907) 269-6270
   e-mail: william.hawley@alaska.gov
   Alaska Bar. No. 6702008

**Certificate of Service**

I certify that on March 4, 2008, a copy of the foregoing **Unopposed motion for two-week extension of time in which to file response to Woodard's brief on merits** was served electronically on **Hugh Fleisher.**

s/ **W. H. Hawley**