W. H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
william.hawley@alaska.gov

Attorney for Respondent

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. A05-0089 CV (TMB-JDR) |
| ) | **PROPOSED** |
| JOHN CRAIG TURNBULL, ) | <u>ORDER GRANTING UNOPPOSED</u> |
| ) | <u>MOTION FOR EXTENSION OF TIME</u> |
| ) | <u>TO STATE'S RESPONSE TO</u> |
| Respondent. ) | <u>WOODARD'S OPENING BRIEF ON</u> |
| ) | <u>THE MERITS</u> |

The Respondent's motion to extend time for filing of its response to Woodard's Opening Brief on the Merits is GRANTED.

It is hereby ORDERED Respondent's responding brief on the merits is due March 18, 2008.

_____
Magistrate Judge John D. Roberts