W.H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: William.Hawley@alaska.gov

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, ) | |
| ) | |
| Petitioner, ) | Case No. 3:05-cv-00089- TMB-JDR |
| ) | |
| vs. ) | |
| ) | NON-OPPOSED MOTION FOR |
| JOHN CRAIG TURNBULL, ) | ACCEPTANCE OF OVERLENGTH |
| ) | MERITS BRIEF |
| ) | **(On Shortened Time)** |
| Respondent. ) | |
| ) | |

The state respectfully requests that this court accept its brief for filing although it is overlength. This motion is based on the attached affidavit.

DATED March 18, 2008 , at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

s/ W. H. Hawley (6702008)
   Assistant Attorney General
   State of Alaska, Dept. of Law
   Office of Special Prosecutions
     and Appeals
   310 K St., Suite 308
   Anchorage, Alaska 99501
   Telephone: (907) 269-6250
   Facsimile: (907) 269-6270
   e-mail: william.hawley@alaska.gov
   Alaska Bar. No. 6702008

**Certificate of Service**

I certify that on March 18, 2008, a copy of the foregoing **Non-opposed motion for acceptance of overlength merits brief** was served electronically on **Hugh Fleisher.**

    s/ **W. H. Hawley**