# Daily News

FRIDAY, JUNE 19, 1992                                          PRICE 25 CENTS

## Suspect charged for guns, drugs, but not shooting

### Investigators say Woodard linked to Carrs guard killing, but not how



JIM LAVRAKAS / Anchorage Daily News
Jon Woodard goes back to jail after his arraignment.

**By DON HUNTER and MARILEE ENGE**
Daily News reporters

The man police suspect of killing an armored car guard in a supermarket last week was formally charged with federal drug and firearms offenses on Thursday.

After his arrest Wednesday afternoon, police said Jon Woodard, 27, is suspected of fatally shooting Terrence Becker during a holdup at the Aurora Village Carrs store.

On the morning of June 8, a masked man shot Becker as he was picking up the cash receipts, then fled with an undisclosed sum. But Woodard has not been charged with that crime, and police would say only that they are still investigating.

Nor have authorities revealed what led them to Woodard's trailer in Penland Park, a mobile home court near Merrill Field. After searching Woodard's place on Tuesday and Wednesday, officers seized an arsenal of weapons, including semi- and fully automatic guns.

Woodard's attorney, Bill Bryson, said he doesn't think the weapons and drug charges will stand up. And he said his client had nothing to do with the Carrs holdup or the shooting of Terrence Becker. Woodard, who is tall and white with dark hair and a bodybuild-

Please see Back Page,

---

DEFENDANT
EXHIBIT NO. AE
ADMITTED ☐  4114
3AW-S92-5238
(CASE NUMBER)

DEFENDANT
EXHIBIT NO. B
ADMITTED ☒
3AW-92-5238
(CASE NUMBER)

---

...cial Kremlin...es such as the...an POWs who...held in the...or U.S. spy...n over Sovi-...e 1950s. That...not in the...ty files.

Central Committee building where the papers are housed became the Center for the Storage of Contemporary Documents.

"We've been working since March and have only opened 200 files. There are plenty more. We'll be work-



EXHIBIT 15
PAGE 1 OF 2

### Investigators say Woodard linked to Carrs guard killing, but not how

By DON HUNTER and MARILEE ENGE
Daily News reporters

The man police suspect of killing an armored car guard in a supermarket last week was formally charged with federal drug and firearms offenses on Thursday.

After his arrest Wednes-



## SUSPECT: No charges in Carrs shooting; man arraigned on firearms, drug charges

*Continued from Page A-1*

er's physique, generally matches the description police offered of the Carrs gunman.

"They floated a physical description out there and somebody thought he fit a description that would fit a great number of people in town," Bryson said.

"He had proficiency in firearms. That certainly is the basis. That certainly is going to cover a lot of people in Anchorage and the surrounding area."

Woodard made a brief initial appearance in federal court Thursday afternoon. At the request of federal prosecutors, Magistrate Harry Branson ordered him held without bail on charges of possessing marijuana with intent to distribute it and a related weapons charge accusing him of owning firearms for use in a drug business. Woodard's parents, grandfather, girlfriend and other supporters sat behind him in court.

In an affidavit attached to the charges, FBI agent Philip Niedringhaus said agents searched Woodard's trailer hoping to find a weapon they think was used in the robbery of the Carrs store. According to the charges, the agents found several semiautomatic pistols and what Niedringhaus' affidavit calls "a 12-gauge semiautomatic street sweeper shotgun."

Neither the affidavit nor the charges indicates whether agents found the weapon they were looking for. Anchorage Police Lt. Bill Gifford said they did not find cash from the Carrs holdup.

They did, however, turn up what Niedringhaus's affidavit called "a marijuana grow operation" under the trailer. The affidavit said the agents found lighting equipment, plastic sheeting, miscellaneous electrical gear, two large bags containing a total of about 1½ pounds of pot and 13 baggies of marijuana.

"There wasn't any active grow operation going on," Bryson said. "It was a small quantity of low-quality marijuana."

In the Airport Heights trailer park where Woodard lives, neighbors described him Thursday as well-groomed and mild-mannered. Often seen with a young woman in a sporty white car, Woodard is known to women on the block for his striking resemblance to actor Steven Seagal — long, dark hair tied into a neat ponytail, a year-round tan and stylish clothing over well-developed biceps.

"They were ideal neighbors," said Diana Kizer, who lives a few doors down  Karen Rond from Woodard's trailer.

Bryson and Woodard's grandfather, Clinton E. Woodard, said that Woodard has a federal firearms license and that none of the weapons found in his trailer is illegal.

"I think they're going to find that most of the stuff they seized is legal," Bryson said. "He's in the business of buying and selling guns."

Clinton Woodard said his grandson is a fitness enthusiast who wouldn't use drugs. "I never detected any indication of drugs," he said.

Clinton and Arnold Woodard, Jon's father, operate Woodard Construction, which has been in business in Anchorage for 41 years. Jon Woodard is a construction laborer on the North Slope and with the family business, they said, but has been on worker's compensation leave because of an injured back. Jon Woodard also had a job keeping the peace on a ship working on the cleanup of the Exxon Valdez oil spill.

Woodard graduated from Service High School in 1983 and has had a few fairly minor brushes with the law. In 1984 he was ticketed for parking in a zone for handicapped drivers and charged with misdemeanor petty larceny for hauling away the traffic barrel attached to his car. Both charges were dismissed by the city prosecutor.

He also has two convictions for driving while intoxicated. The second, in 1987, followed a high-speed accident near the intersection of Glenn Highway and Muldoon Road. According to police, witnesses said Woodard was driving between 80 and 100 miles an hour when his car ran off the road. Police said Woodard and his passengers threw some beer into the woods before officers arrived. The arresting officer said he found several weapons, including a Russian-made 9mm pistol and what was described in court records as a hand-grenade device.

Woodard was charged with driving while intoxicated; driving while his license was suspended, apparently from his first drunken-driving arrest; and possessing a firearm while intoxicated. He pleaded no contest to the DWI charge and prosecutors dropped the others. He was sentenced to 20 days in jail and a $500 fine, typical penalties for the second DWI conviction.

☐ Daily News reporter Peter Blumberg contributed to this story.

Jon Woodard goes back to jail after his arraignment.   Please see Back Page, SUSPECT

EXHIBIT 15
PAGE 2 OF 2