W.H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: William.Hawley@alaska.gov

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, | ) |
|     Petitioner, | ) Case No. 3:05-cv-00089- TMB-JDR |
| vs. | ) |
| JOHN CRAIG TURNBULL, | ) PROPOSED ORDER ACCEPTING OVERLENGTH MERITS BRIEF FOR FILING |
|     Respondent. | ) **(On Shortened Time)** |

The state's motion for acceptance of an overlength merits brief is granted/denied.

DATED _____, at Anchorage, Alaska

_____
Magistrate Judge John D. Roberts