FD-597 (Rev. 3-29-84)

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

Page 1 of 1

On (date) 6-19-92

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) _____
(Street Address) 801 Airport Heights, Space 210
(City) Anchorage, Alaska 99508

Description of Item(s):

1) Misc. Books From Desk in Front Bedroom (259)
2) 1 Video Tape Black Medicine
3) Misc Papers From under Desk + in closet
4) Green Back Pack with Misc. Para military Clothing, + Patches, Holsters Electronic Transmitters Controls, machete, bayonet, Buck knife
5) Para military Paraphanalia
6) to include, shoulder holster, Kendo Sward, Flack vest Police Helmet, Gas mask, gun barrel
6) 3 ammo cans with misc ammunition and a Homemade "S."
7) one black bag with misc ammunition and magazines,
8) one green tool box + contents
9) Misc Paperwork Found in Beige File Cabinet Found in living room
10) box of marijuana books & P.H. Test Kit
11) 2 gas masks & bag
12) marijuana stalks in soil

6-19-92

Received by: SA Phil _____ / SA David _____
(Signature)

Received from: Sara _____ / Noel M. Woodard
(Signature)

EXHIBIT 17

0202