IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, ) | |
| ) | CASE NO: A05-0089 CR (RRB) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN (CRAIG) TURNBULL, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### ORDER

Based on the foregoing motion,

IT IS ORDERED that the plaintiff's request for a continuance of the time for the petitioner's reply to the State's Response brief is continued to June 11, 2008.

DATED this _____ day of March, 2008.

_____
John D. Roberts
United States Magistrate Judge

9114.1/566