LAW OFFICES OF HUGH W. FLEISCHER
310 K. Street, Suite 200
Anchorage, Alaska 99501
907-264-6635
907-264-6602
hfleisch@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JON ARNOLD WOODARD, | ) | |
| | ) | CASE NO: 3-05-cv-089-TMB-JDR |
| Petitioner, | ) | |
| | ) | |
| | ) | **MOTION and MEMORANDUM FOR** |
| | ) | **A CONTINUANCE** |
| JOHN CRAIG TURNBULL | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Defendant, Jon A. Woodard, through his undersigned counsel, Hugh W. Fleischer, hereby moves for a continuance of the time within which to file an opening brief on the merits from June 11, 2008 to July 15, 2008.

This motion is based on the fact that undersigned counsel must attend an important business meeting in Washington, DC from June 10, 2008 until June 15, 2008. In addition there are other obligations, including a ***U.S. v. Wilkins Furment*** Brief on the merits, the ***U.S. v. Dana Sweatt*** re-sentencing and numerous other Federal and State Court matters with which to deal in the interim. Therefore, the

requested time is necessary to assure appropriate representation of Mr. Woodard.

The Assistant Attorney General, William H. Hawley, Jr. is out of town until June 11, 2008 and is expected, on or about that date to authorize that the State does not oppose this motion and will ask that a concomitant period of time of extension be provided to the State in this matter.

Dated this 9th day of June, 2008.

LAW OFFICES OF HUGH W. FLEISCHER

By: S/ Hugh W. Fleischer
Hugh W. Fleischer
Attorney for Mr. Woodard
310 K. St., Suite 200
Anchorage, AK 99501
(907) 264-6635
(907) 264-6602-Fax
hfleisch@aol.com

9114.1/567

**CERTIFICATE OF SERVICE**

I certify that on the 9th day of
June, 2008, a true copy of the
foregoing was delivered electronically
to the following counsel:

W. H. Hawley, Jr.
Office of Special Prosecutions and Appeals
310 K. St., Suite 308
Anchorage, AK 99501

S/ Hugh W. Fleischer