IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, ) | |
| ) | |
| Plaintiff, ) | CASE NO: 3-05-cv-089-TMB-JDR |
| ) | |
| v. ) | |
| ) | |
| JOHN (CRAIG) TURNBULL, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

Based on the foregoing motion,

IT IS ORDERED that the plaintiff's request for a continuance of the time for the petitioner's reply to the State's Response brief is continued to July 15, 2008.

DATED this _____ day of June, 2008.

```
                              _____
                                    John D. Roberts
                              United States Magistrate Judge
```

9114.1/568