W. H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: william.hawley@alaska.gov

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3-05-cv-089-(TMB-JDR) |
| ) | |
| JOHN CRAIG TURNBULL, ) | |
| ) | <u>RESPONSE TO MOTION AND MEMORANDUM FOR A CONTINUANCE</u> |
| Respondent. ) | |
| ) | |

On January 7, 2008, Woodard filed his opening brief on the merits. (Docket No. 100). Respondent filed his response. (Docket No. 111). Woodard previously received an extension of time in which to file his reply to Respondent's response so that it is due June 11, 2008. (Docket No. 114)

On June 9, 2008, Woodard filed a motion to extend the time to file "an opening brief on the merits" until July 15, 2008. Woodard probably intended

to ask for an extension of time to file his reply.  If he were to file such a motion, Respondent would not oppose it.  If this court takes the motion for an extension of time to file an opening brief as a request for time in which to file a reply to the state's response to his opening brief on the merits, Respondent does not oppose.

DATED June 10, 2008 , at Anchorage, Alaska.

>TALIS J. COLBERG
>ATTORNEY GENERAL
>
>s/ W. H. Hawley
>    Assistant Attorney General
>    State of Alaska, Dept. of Law
>    Office of Special Prosecutions
>       and Appeals
>    310 K St., Suite 308
>    Anchorage, Alaska 99501
>    Telephone: (907) 269-6250
>    Facsimile: (907) 269-6270
>    e-mail: william.hawley@alaska.gov
>    Alaska Bar. No. 6702008

**Certificate of Service**

I certify that on June 10, 2008, a copy of the foregoing **Response to Motion and Memorandum for a Continuance** was served electronically on **Hugh Fleisher.**

s/ **W. H. Hawley**

2