15. That if a hearing was provided on the issue of shackling, I would have provided testimony that refuted the states allegations of dangerousness, and would have shown the many vantage points from which juror could see my hand cuffs, waist chain, and leg restraints; that I would have explained how it was discouraging me from asserting my rights and testifying, how they caused physical and emotional pain and suffering, and how it impeded my communication with counsel.

FURTHER YOUR AFFIANT SAYETH NAUGHT

DATED this 28th day of May, 2008, at Seward, Alaska.

_____
Jon A. Woodard, Petitioner

I swear under penalty of perjury that the above is true and correct to the best of my knowledge. No notary is presently available.

5/28/08
Date

_____
Jon A. Woodard

2nd Affidavit of Jon Woodard
Page 4 of 4