W.H. Hawley
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: william.hawley@alaska.gov

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JON ARNOLD WOODARD, ) | |
| ) | |
| Petitioner, ) | Case No. 3:05-cv-00089-TMB-JDR |
| ) | **PROPOSED** |
| vs. ) | ORDER GRANTING MOTION TO |
| ) | STRIKE IMPROPER AFFIDAVITS |
| JOHN CRAIG TURNBULL, ) | FROM RECORD |
| ) | |
| ) | |
| Respondent. ) | |
| ) | |

Respondent's motion to strike Documents No. 31, 32, and 120 from the record is granted. The Clerk is directed to delete the affidavits from the electronic record and to return hard copies to Woodard.

Dated: _____

John D. Roberts
United States Magistrate-Judge